UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |
| | 3:09-md-02100-DRH-PMF |
| | MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Monica De Armond v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13468-DRH-PMF |
| *Michelle Boyster v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10012-DRH-PMF |
| *Mary D'Amato v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10013-DRH-PMF |
| *Dawn Ferrese v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10031-DRH-PMF |
| *Maureen Noble v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10037-DRH-PMF |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on February 13, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT

                                        BY:   /s/*Sara Jennings*
                                         **Deputy Clerk**

Dated:  February 14, 2013

Digitally signed by
David R. Herndon
Date: 2013.02.14
13:02:55 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT